# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Jo Pradubsri, Petitioner.

Appellate Case No. 2017-002061

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal from Lexington County
Clifton Newman, Circuit Court Judge

Opinion No. 27890
Heard May 8, 2019 – Filed May 22, 2019

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

Appellate Defender Joanna Katherine Delany, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General William M. Blitch, Jr., both of Columbia, and Solicitor Samuel R. Hubbard III, of Lexington, for Respondent.

**PER CURIAM:** We granted Jo Pradubsri's petition for a writ of certiorari to review the decision of the court of appeals affirming his conviction. *State v. Pradubsri*, 420 S.C. 629, 803 S.E.2d 724 (Ct. App. 2017). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW, JJ., and Acting Justice Roger L. Couch, concur.**